## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

DELON GOBELI,

                    Plaintiff,                                          No. 09-CV-2001-LRR

vs.                                                                     **ORDER**

MELALEUCA, INC.,

                    Defendant.

_____

        The matter before the court is the Status Report (docket no. 28) filed by Defendant Melaleuca, Inc.   On February 19, 2010, Defendant advised the court that the parties arbitrated the instant action on February 2, 2010.  Defendant further advised the court that the arbitrator issued an Award on February 10, 2010, in which he found in favor of Defendant and directed that Plaintiff Delon Gobeli's claims be dismissed with prejudice.

        On April 30, 2010, Defendant filed the Status Report.  Defendant asks the court to enter an order "dismissing with prejudice all claims asserted in [the instant action]." Status Report at 1.  Defendant states that it has "conferred with counsel for Plaintiff, who has agreed to submission of [the Status Report] to the [c]ourt." *Id.*

        In light of the foregoing, the Complaint (docket no. 4) is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendant Melaleuca, Inc. and to **CLOSE THIS CASE**.

        **IT IS SO ORDERED.**

        **DATED** this 3rd day of May, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA