# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN (WATERLOO) DIVISION

|  |  |  |
|---|---|---|
| DELON GOBELI, | ) | |
| | ) | No.  C09-2001-LRR |
| Plaintiff, | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| vs. | ) | |
| | ) | |
| MELALEUCA, INC., | ) | |
| | ) | |
| Defendant. | | |

**DECISION BY COURT.**  This action came before the Court.  The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to an Order entered 05/03/2010 (docket number 29):

That Plaintiff takes nothing and this action is dismissed with prejudice.

Dated May 3, 2010

ROBERT L. PHELPS
CLERK OF COURT

_____
Deputy Clerk